# EXHIBIT "B"

## AFFIDAVIT OF SERVICE

| State of | County of | American Arbitration Association Court |

Case Number: 02-22-0005-1954

Claimant:
**ARTHUR KILL PROPERTIES, LLC.**

vs.

Respondent:
**NEAL DEVITO**

For:
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042

Received by Nicoletti & Harris to be served on **Crane Express, Inc., 3625 Richmond Avenue, Staten Island, NY 10312**.

I, Caswell Bryan, being duly sworn, depose and say that on the **4th day of December, 2023 at 9:29 am, I:**

served a **CORPORATION** by delivering a true copy of the **Non-Party Witness Subpoena and Schedule A and a witness fee check in the amount of $40.00** with the date and hour of service endorsed thereon by me, to: **Georgianna Murtha** as **Person in charge** for **Crane Express, Inc.**, at the address of: **3625 Richmond Avenue, Staten Island, NY 10312**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 200, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action.

STATE OF    New York)
COUNTY OF   New York )

Subscribed and Sworn to before me on the 4th day of December, 2023 by the affiant who is personally known to me.

Suegei M. Mercado
Notary Public State of New York
Qualified in Kings County
Lic. # 01ME6434359
Commission Expires: June 6, 2026

Caswell Bryan
2104027

Nicoletti & Harris
101 Avenue of the Americas
9th floor
New York, NY 10013
(212) 267-6448

Our Job Serial Number: NHI-2023018736

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8 2r

